UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Illumina, Inc. et al., | |
| Plaintiff(s), | 26-MC-206 (DEH) |
| v. | ORDER |
| Element Biosciences, Inc., | |
| Defendant. | |

DALE E. HO, United States District Judge:

Third-party Movant, Dr. Christopher Mason, moves to quash a subpoena served on him arising from ongoing litigation in a federal district court in Delaware. Respondent, Element Biosciences, Inc., Defendant in the underlying matter, is directed to file any opposition by **May 26, 2026**. Any reply shall be filed by the Movant by **June 2, 2026**. Movant shall serve this Order on Respondent by **May 13, 2026** and file proof of such service on the docket.

SO ORDERED.

Dated: May 12, 2026
     New York, New York

_____
DALE E. HO
United States District Judge