UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Illumina, Inc. et al.,

Plaintiff,

v.

Element Biosciences, Inc.,

Defendants.

26-MC-206 (DEH)

ORDER

DALE E. HO, United States District Judge:

The parties are **ORDERED** to appear for a conference on Movant Dr. Christopher Mason's motion to quash on **July 31, 2026** at **10:00 A.M.** The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 809 552 450, followed by the pound (#) sign.

SO ORDERED.

Dated: July 20, 2026
New York, New York

DALE E. HO
United States District Judge