UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Illumina, Inc. et al.,

Plaintiff(s),

v.

Element Biosciences, Inc.,

Defendant(s).

26-MC-206 (DEH)

ORDER

DALE E. HO, United States District Judge:

For the reasons stated on the record at the hearing held on July 31, 2026, non-party movant Dr. Christopher Mason's motion to quash is **DENIED**.

Additionally, there are two motions to seal materials related to the motion to quash. ECF Nos. 10 & 15. The motions are **GRANTED**. The Court finds the documents in question are "judicial documents" to which a presumption of public access attaches. *Mirlis v. Greer*, 952 F.3d. 51, 58 (2d Cir. 2020). But because the documents were filed in connection with a discovery dispute, the presumption of public access is "somewhat lower" than if they had been filed in connection with a dispositive motion, and "the reasons [a party provides in favor of sealing] . . . need not be as compelling as those required to seal summary judgement filings." *Brown v. Maxwell*, 929 F.3d 41, 50 (2d Cir. 2019). The Court is satisfied that the protection of confidential business information meets this burden, and that the proposed redactions are narrowly-tailored in this respect. *See Fairstein v. Netflix, Inc.*, No. 20 Civ. 8042, 2023 WL 6164293, at *4 (S.D.N.Y. Sep. 21, 2023). The Clerk of Court is directed to maintain the unredacted documents at ECF Nos. 11 & 16 under seal. Redacted versions may be found on the public docket at ECF Nos. 9 and 17.

The Clerk of Court is respectfully directed to close ECF Nos. 10 and 15 and to terminate this matter.

SO ORDERED.

Dated: July 31, 2026
New York, New York

DALE E. HO
United States District Judge