UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILLUMINA, INC., et al.,

Plaintiffs,

v.

ELEMENT BIOSCIENCES, INC.,

Defendant.

26-mc-206 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court has been advised that the party subject to the subpoena in this matter, Dr. Chrisopher Mason ("Dr. Mason"), consents to transfer of Element Biosciences, Inc.'s ("Element") anticipated motion to compel to the issuing court, the United States District Court for the District of Delaware. ECF No. 32.

It is therefore **ORDERED** that Element's anticipated motion to compel, *see* ECF No. 26, and motion to seal, ECF No. 25, shall be transferred to the District of Delaware to be considered with *Illumina, Inc. v. Element Biosciences, Inc.*, No. 25 Civ. 602 (D. Del., filed May 15, 2025), pursuant to Federal Rule of Civil Procedure 45(f). It is further **ORDERED** that the unredacted documents filed at ECF No. 27 shall remain under temporary seal, without prejudice to later unsealing, redaction, or public filing as directed by the Court.

The discovery conference scheduled for November 23, 2026, is **CANCELLED.**

The Clerk of Court is respectfully directed to (1) maintain ECF No. 27 under seal, (2) transfer this action to the District of Delaware, (3) terminate ECF Nos. 1, 25, and 26, and (4) close this case.

SO ORDERED.

Dated: November 23, 2026
New York, New York

DALE E. HO
United States District Judge